No. 78–1581.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–1584.  MILL *v.* ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 78–1586.  WINKLE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–1596.  LOPEZ *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 78–1597.  CERTIFIED GROCERS OF CALIFORNIA, LTD. *v.* LEYVA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 78–1606.  GOUGER ET VIR *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1607.  MARYLAND LUMBER CO. *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–1608.  WARDELL *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 78–1609.  GOINS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–1616.  ROGERS ET AL. *v.* BROCKETTE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–1617.  BAY MEDICAL CENTER, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 78–1623.  FOWLER *v.* STRICKLAND, REVENUE COMMISSIONER OF GEORGIA.  Sup. Ct. Ga.  Certiorari denied.